GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS TUBBS, an individual;<br><br>          Plaintiff,<br>vs.<br><br>SUNRISE CARPENTRY, INC.;<br>EMPLOYEE(S)/AGENT(S) DOES 1-10;<br>and ROE CORPORATIONS 11-20,<br>inclusive,<br><br>          Defendants. | Case No.: 2:17-cv-01730-JCM-NJK<br><br>**STIPULATION AND ORDER FOR 30 DAY EXTENSTION TO FILE STIPULATION FOR DISMISSAL**<br><br>**Second Request** |

Plaintiff Nicholas Tubbs ("Plaintiff") and Defendant Sunrise Carpentry, Inc. ("Defendant"), by and through their attorneys, hereby submit the following Stipulation and Order:

This Honorable Court has Ordered the parties to submit a Stipulation for Dismissal by Monday, December 4, 2017 (Dkt 22). The parties are in finalized talks regarding the settlement documents. Associate counsel for Plaintiff is no longer employed at the firm, thus, the file had to be transferred to another associate. The parties expect they will continue to exchange draft settlement agreements in the upcoming weeks to finalize the settlement and hereby notify court of same. The parties are confident that their continued settlement efforts will be productive upon finalization of the settlement agreement.

Wherefore, Plaintiff and Defendant, through their counsel of record, hereby stipulate as follows:

That the deadline to submit a Stipulation and Order for Dismissal be extended to Wednesday, January 3, 2018 to allow the parties to focus their efforts on finalizing the settlement agreement.

Dated this __30th__ day of November 2017.

| GABROY LAW OFFICES | SUTTON HAGUE LAW CORPRATION |
|---|---|
| By: */s/ Christian Gabroy*<br>Christian Gabroy (#8805)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, Nevada 89012<br>Tel: (702) 259-7777<br>christian@gabroy.com<br>*Attorney for Plaintiff* | By: */s/ Jared Hague*<br>Brett Sutton, Esq.<br>Jared Hague<br>6720 Via Austi Parkway<br>Suite 430<br>Las Vegas, NV 89119<br>Tel: 702-270-3065<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
Hon. Robert A. McQuaid, Jr.

Dated: November 30, 2017
_____