**SODW**
GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel  (702) 259-7777
Fax  (702) 259-7704
christian@gabroy.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS TUBBS, an individual;<br><br>Plaintiff,<br>vs.<br><br>SUNRISE CARPENTRY, INC.;<br>EMPLOYEE(S)/AGENT(S) DOES 1-10;<br>and ROE CORPORATIONS 11-20,<br>inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01730-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Nicholas Tubbs, through his attorney of record, Christian Gabroy, Esq. of Gabroy Law Offices and Defendant Sunrise Carpentry, Inc. through their attorney of record Brett Sutton, Esq. or Sutton Hague Law Corporation that this action shall be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

///

///

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain

jurisdiction over this matter should any party need to seek enforcement of any Settlement Agreement.

IT IS SO ORDERED:

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2018

Respectfully Submitted By:

GABROY LAW OFFICES

By: /s/ Christian Gabroy
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
christian@gabroy.com
*Attorney for Plaintiff*

SUTTON HAGUE LAW CORPRATION

By: /s/ Jared Hague
Brett Sutton, Esq.
Jared Hague
6720 Via Austi Parkway
Suite 430
Las Vegas, NV 89119
Tel: 702-270-3065
*Attorneys for Defendant*